■ Akabas & Cohen, Appellant, v Fox Rothschild LLP, Respondent. [931 NYS2d 874]—

The claims are barred by the doctrine of res judicata (*see generally Matter of Hunter*, 4 NY3d 260, 269 [2005]). It is true that the prior action (*Cohen v Akabas & Cohen*, 71 AD3d 419 [2010]; 79 AD3d 460 [2010]) was between plaintiff and nonparty Richard Cohen, not between plaintiff and defendant. However, Cohen, who was a partner at defendant at all relevant times, was in privity with defendant (*see Pitcock v Kasowitz, Benson, Torres & Friedman, LLP*, 27 Misc 3d 1238[A], 2010 NY Slip Op 51093[U] [2010], *affd* 80 AD3d 453 [2011], *lv denied* 16 NY3d 711 [2011]). In the prior action, plaintiff could have argued that Cohen was required to account for the cases that he took with him to defendant law firm (*see Shandell v Katz*, 217 AD2d 472, 473 [1995]), but it did not do so; instead, it argued that Cohen was entitled to the cases, but to no other assets of the partnership. Concur—Mazzarelli, J.P., Saxe, Acosta and DeGrasse, JJ.